IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00556-WYD-MJW

IVETTE T. ECHENIQUE,

Plaintiff(s),

v.

GOODWILL, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's letter/motion filed on May 8, 2013 (Docket No. 13), in which she requests to participate by telephone in the May 13, 2013, Status Conference, is GRANTED.  Plaintiff may participate in the May 13 Status Conference by telephone by calling the court at (303) 844-2403 at 9:30 a.m. MOUNTAIN TIME on Monday, May 13, 2013.

Date: May 9, 2013