**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  13-cv-00556-PAB-MJW                     FTR - Courtroom A-502

**Date:**   May 13, 2013                                     Courtroom Deputy, Patricia Glover

        *Parties*                                            *Counsel*

IVETTE T.  ECHENIQUE,                                        Pro Se    (by telephone)

        Plaintiff(s),

v.

GOODWILL, INC.,                                             Ryan P.  Lessmann
                                                           Nicholas Murray
        Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING:   STATUS   CONFERENCE**
**Court in session:**  9:32 a.m.
Court calls case.  Appearance of *Pro Se* plaintiff and defense counsel.

Status of the case is discussed.

*Pro Se* plaintiff shall be reminded she is  required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P. )  and  the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.) and Federal Rules of Evidence (Fed. R. of Evid.). The *Pro Se* plaintiff may obtain a copy of the United States District Court for the District of Colorado Local rules of Practice on the court website www.cod.uscourts.gov   or in the office of the Clerk of the Court.

**It is ORDERED:**     Defendant's Motion to Amend Caption **[20]** is **DENIED**.

**It is ORDERED:**     A **RULE 16(b) SCHEDULING CONFERENCE, STATUS CONFERENCE AND SHOW CAUSE hearing is set on July 9, 2013 at 1:30 p.m.**
                     in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed.R.Civ.P.26(f) as amended, and D.C.COLO.LCivR 26.1 and App. F.  Parties shall file  their proposed Scheduling Order **on or before July 2, 2013**

Counsel/pro se parties shall prepare the proposed Scheduling Order in accordance with the

form found in the forms section of the Court's website at www.cod.uscourts.gov .
Defendant shall electronically file the proposed Scheduling Order as defense counsel has
electronic court filing privileges. Incarcerated individuals shall appear by telephone by calling
the Court at (303)844-2403 at the scheduled time.

 Anyone seeking entry into a United States Courthouse is required to show a valid current photo
identification. See D.C.COLO.LCivR 83.2. Failure to comply with this requirement may result in
denial of entry to the courthouse.

The plaintiff shall notify all parties who have not entered an appearance, of the date and time of
the scheduling/planning conference.

HEARING CONCLUDED.

**Court in recess:     9:51 a.m.**
Total In-Court Time:   00:21