## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   13-cv-00556-PAB-MJW           FTR - Courtroom A-502

**Date:**   May 13, 2013                             Courtroom Deputy, Patricia Glover

<u>Parties</u>                                                <u>Counsel</u>

IVETTE T.  ECHENIQUE,                               Pro Se    (by telephone)

    Plaintiff(s),

v.

GOODWILL, INC.,                                      Ryan P.  Lessmann
                                                     Nicholas Murray
    Defendant(s).

---

### COURTROOM MINUTES / MINUTE ORDER

**HEARING:   STATUS   CONFERENCE**
**Court in session:**   9:32 a.m.
Court calls case.  Appearance of *Pro Se* plaintiff and defense counsel.

Status of the case is discussed.

*Pro Se* plaintiff shall be reminded she is required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P. )  <u>and</u>  the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.) <u>and</u> Federal Rules of Evidence (Fed. R. of Evid.). The *Pro Se* plaintiff may obtain a copy of the United States District Court for the District of Colorado Local rules of Practice on the court website www.cod.uscourts.gov   or in the office of the Clerk of the Court.

   **It is ORDERED:**     Defendant's Motion to Amend Caption **[20]** is **DENIED**.

   **It is ORDERED:**      A **RULE 16(b) SCHEDULING CONFERENCE, STATUS CONFERENCE AND SHOW CAUSE** hearing is set on **July 9, 2013 at 1:30 p.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed.R.Civ.P.26(f) as amended, and D.C.COLO.LCivR 26.1 and App. F.  Parties shall file  their proposed Scheduling Order **on or before July 2, 2013**

Counsel/pro se parties shall prepare the proposed Scheduling Order in accordance with the

form found in the forms section of the Court's website at www.cod.uscourts.gov .
Defendant shall electronically file the proposed Scheduling Order as defense counsel has electronic court filing privileges.  Incarcerated individuals shall appear by telephone by calling the Court at (303)844-2403 at the scheduled time.

 Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2.  Failure to comply with this requirement may result in denial of entry to the courthouse.

The plaintiff shall notify all parties who have not entered an appearance, of the date and time of the scheduling/planning conference.

HEARING CONCLUDED.

**Court in recess:**     **9:51 a.m.**
Total In-Court Time:   00:21