IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00556-PAB-MJW

IVETTE T.  ECHENIQUE,

Plaintiff(s),

v.

GOODWILL INDUSTRIES OF DENVER,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant's Motion to Modify Scheduling Order to Extend Discovery and Dispositive Motion Deadlines (Docket No. 54) is granted as follows.  The Scheduling Order (Docket No. 36) is amended such that the discovery deadline is extended up to and including January 31, 2014, for the limited purpose of defendant deposing the plaintiff, and the dispositive motion deadline is extended up to and including February 28, 2014.  The Final Pretrial Conference remains set on March 10, 2014, at 9:00 a.m.

Date: December 11, 2013